■ VILLAGE OF CASSADAGA, Respondent, v WILLIAM C. EHMKE et al., Appellants.—Order unanimously affirmed, with costs, for the reasons staed in memorandum decision at Supreme Court, Bayger, J. (Appeal from order of Supreme Court, Chautauqua County, Bayger, J.—remove mobile home.) Present—Doerr, J. P., Boomer, O'Donnell, Pine and Schnepp, JJ.

■ MARTIN S. AUER et al., Respondents, v JOHN S. DYSON et al., Constituting the Power Authority of the State of New York, Appellants, et al., Defendant.—Order and judgment unanimously affirmed, with costs, for reasons stated in opinion at Special Term, Tenney, J. (*Auer v Dyson,* 125 Misc 2d 274). (Appeal from order and judgment of Supreme Court, Oswego County, Tenney, J.—declaratory judgment.) Present—Doerr, J. P., Boomer, O'Donnell, Pine and Schnepp, JJ.